**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03253-BNB
(**The above civil action number must appear on all future papers**
 **sent to the court in this action.  Failure to include this number**
 **may result in a delay in the consideration of your claims.**)

RONALD FOGLE, and
DARLENE FOGLE,

　　　Plaintiffs,

v.

ARCHER THOMAS ELLIOTT, JR., Individual and Official Capacity,

　　　Defendant.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCY**

---

Plaintiffs have submitted a Prisoner Complaint.  Plaintiff, Ronald Fogle, also has

submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted documents are deficient as described in this order.

Plaintiffs will be directed to cure the following if they wishes to pursue their claims.  Any

papers that the Plaintiffs file in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)　 xx 　is not submitted: each Plaintiff must submit an individual § 1915 motion.
(2)　 __ 　is missing affidavit
(3)　 __ 　is missing certified copy of prisoner's trust fund statement for the 6-month
　　　　　period immediately preceding this filing
(4)　 __ 　is missing certificate showing current balance in prison account
(5)　 __ 　is missing required financial information

(6)     __     is missing an original signature by the prisoner
(7)     __     is not on proper form (must use the court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or
                habeas application
(9)     xx     other: Motion is necessary only if $350.00 filing fee is not paid in advance.
**Complaint, Petition or Application**:
(10)    __     is not submitted
(11)    __     is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. __
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     names in caption do not match names in text
(16)    __     addresses must be provided for all defendants/respondents in "Section A.
                Parties" of complaint, petition or habeas application
(17)    __     other: _____

Accordingly, it is

ORDERED that the Plaintiffs cure the deficiencies designated above **within**

**thirty (30) days from the date of this order**.  Any papers which the Plaintiffs file in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff, Darlene Fogle, shall obtain the court-

approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form,

along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 15, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2