## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03253-BNB

RONALD FOGLE, and
DARLENE FOGLE,

    Plaintiffs,

v.

ARCHER THOMAS ELLIOTT, JR.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On January 17, 2012, Plaintiffs filed a "Motion to Provide Cost and Waive Reimbursement for Personal Service Upon the Named Defendant" (Doc. No. 7). The motion is DENIED as premature.

Dated:  January 20, 2012