**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03253-BNB

DARLENE GAYNEL FOGLE, and
RONALD JENNINGS FOGLE,

    Plaintiffs,

v.

ARCHER THOMAS ELLIOTT, JR.,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiffs' Motion for Process of Service With Complaint and Summons Upon the Named Defendant (ECF No. 10) filed on February 15, 2012, and Plaintiffs' motion titled "Permission to be Allowed to Amend Prisoner Complaint/Complaint for Gross Negligence/Complaint for Money Damages" (ECF No. 11) filed on February 15, 2012, are DENIED at this time.

Dated: February 21, 2012