IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03253-CMA-MEH

DARLENE GAYNEL FOGLE, and
RONALD JENNINGS FOGLE,

      Plaintiffs,

v.

ARCHER THOMAS ELLIOTT, JR., sued in his individual capacity,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2012.**

      Before the Court is "Plaintiff's (sic) Motion to Have Defendant Prepare a 'Case Manager Conference'" [filed March 21, 2012; docket #27]. Plaintiffs request an order from the Court requiring Defendant to prepare a "case management conference" pursuant to C.R.C.P. 16(b)(2). However, because the Federal Rules of Civil Procedure govern this litigation, no such conference is required. In lieu of a case management conference, the Court has ordered the parties to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before April 30, 2012. *See* docket #18. The Court's order remains in effect, and Plaintiffs' motion is **denied as moot**.

      In addition, the Court reminds the parties of their continuing obligation to comply with D.C. Colo. LCivR 7.1A. Although the Court recognizes that Mr. Fogle is incarcerated and is, therefore, exempt from this rule, Ms. Fogle is not incarcerated and will be required to confer with opposing counsel prior to filing future motions.