IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03253-CMA-MEH

DARLENE GAYNEL FOGLE, and
RONALD JENNINGS FOGLE,

    Plaintiffs,

v.

ARCHER THOMAS ELLIOTT, JR., sued in his individual capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2012.**

    Before the Court is "Plaintiff's (sic) Subpoena for Certify (sic) Records in a Civil Action" [filed March 23, 2012; docket #31]. Plaintiffs' Motion is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court reminds the parties that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A (emphasis added). It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule..." *Id.* Plaintiffs' Motion contains no such certificate. As the Court noted in its March 23, 2012 Minute Order, Mr. Fogle's incarceration does not exempt Ms. Fogle from her duty to confer with opposing counsel before filing a motion with the Court. *See* docket #29.