IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03253-CMA-MEH

DARLENE GAYNEL FOGLE, and
RONALD JENNINGS FOGLE,

    Plaintiffs,

v.

ARCHER THOMAS ELLIOTT, JR., sued in his individual capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2012.**

    Before the Court is Defendant's Motion to Dismiss and to Strike [filed March 20, 2012; docket #23]. Plaintiffs filed a response to the motion on March 28, 2012, noting that Defendant's Motion is premature in light of the Court's March 21, 2012 Order granting Plaintiffs an additional 90 days within which to file a Certificate of Review. (*See* dockets ##25, 34.)  Because Defendant's Motion is premised, in part, on Plaintiffs' failure to file a Certificate of Review, Defendant's Motion is **denied without prejudice** as premature. Defendant may re-file the Motion upon the expiration of the 90-day period authorized by the Court. Defendant's renewed Motion shall comply with D.C. Colo. LCivR 10.1E and all other federal and local rules.