IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03253-CMA-MEH

DARLENE GAYNEL FOGLE, and
RONALD JENNINGS FOGLE,

    Plaintiffs,

v.

ARCHER THOMAS ELLIOTT, JR., sued in his individual capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 10, 2012.**

    Plaintiff's (sic) Amended Motion for Summary Judgment [filed May 8, 2012; docket #54] is **denied without prejudice** and **stricken** for failure to comply with Judge Arguello's Practice Standards. Like Plaintiffs' first motion for summary judgment [docket #46], the vast majority of "undisputed facts" set forth in the Amended Motion are not accompanied by citations to the record. In addition, many of the "undisputed facts" are actually legal arguments that should be raised in a separate section of the brief. *See* CMA Civ. Prac. Stds. § III.G.8 ("Legal argument is not permitted [in the "Statement of Undisputed Material Facts"] and should be reserved for separate portions of the briefs."). Plaintiffs are encouraged to carefully consult Judge Arguello's Practice Standards and the Local Rules before filing further motions with the Court.